**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| In Re: | Case No. **09-09094-dd** |
| **Albert J. Sanders, Jr.** | Chapter 7 |
| Debtor | |

TO ALL CREDITORS AND PARTIES IN INTEREST:
<u>NOTICE OF APPLICATION AND OPPORTUNITY FOR HEARING</u>
<u>CONCERNING SALE FREE AND CLEAR OF LIENS</u>

YOU ARE HEREBY NOTIFIED that the Trustee in this case proposes to sell the property herein described free and clear of liens according to the terms and conditions stated below. A copy of the proposed order accompanies this notice below:

**TYPE OF SALE**: Private Sale
**PROPERTY TO BE SOLD**: .84 acres, more or less, at intersection of Broad Street and Main Steet, Gilbert, South Carolina (Parcels A and B on Survey of Town of Gilbert, prepared by Ralph O. Vanadore, dated December 16, 2010.)
**OTHER TERMS:** The Trustee will release all restrictions on said property including those imposed by instrument dated November 12, 2008, and recorded November 21, 2008, in Record Book 13257, Page 234.
**SALES PRICE**: $18,750
**APPRAISAL VALUE**: $25,000
**NAME OF BUYER:** Town of Gilbert, South Carolina
**PLACE AND TIME OF SALE**: Within 30 days of obtaining court approval.
**SALES AGENT/AUCTIONEER/BROKER/ETC**. None
**COMPENSATION TO SALES AGENT/BROKER/ETC.** None
**ESTIMATED TRUSTEE'S COMPENSATION ON SALE**: $2625.00(Statutory Maximum)
**LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY**: Trustee is aware of no liens, but if there are liens, property is sold subject to said liens. Estate to pay deed preparation, deed stamps, and pro rata taxes.
**DEBTOR'S EXEMPTION**: None
**PROCEEDS ESTIMATED TO BE PAID TO ESTATE**: $18,750.

Any party objecting to the Trustee's sale must do so in writing and in accordance with Local Rule 9014. All objections should be filed with the Clerk of Court at 1100 Laurel Street Columbia SC 29201-2423, with a copy served on the Trustee at his address as shown below. A copy of the objection should also be served on the United States Trustee, Strom Thurmond Federal Building, 1835 Assembly Street, Suite 953, Columbia, SC 29201. ll objections must be filed and served within twenty-one (21) days of the date of this notice shown below.

      TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **July 5, 2011, at 9:00 AM** at the **United States Bankruptcy Court**, J. Bratton Davis U.S. Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina 29201-2423. This sale is subject to a higher or better offer. Any person wishing to make a higher or better offer should submit said offer to the undersigned by no later than the last day for objecting to the trustee's proposed sale.

      The Trustee may seek sanctions or other similar relief against any party filing a spurious objection to this notice.

Dated: June 3, 2011             /s/W. Ryan Hovis
Rock Hill, South Carolina         W. Ryan Hovis, Trustee
                                              Federal ID 1962
                                              Post Office Box 10269
                                              Rock Hill, South Carolina 29731-00269
                                              (803) 366-1916

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| In Re: | Case No. **09-09094-dd** |
| **Albert J. Sanders, Jr.** | Chapter 7 |
| Debtor | |

The undersigned, W. Ryan Hovis, hereby states that he mailed the within <u>NOTICE OF APPLICATION AND OPPORTUNITY FOR HEARING CONCERNING SALE FREE AND CLEAR OF LIENS</u> to the parties as shown in the attachment hereto, by depositing same in the Post Office, postage prepaid, at Rock Hill, South Carolina, where there is regular communication by mail, and that same was mailed postage prepaid on <u>June 3, 2011</u>

<u>June 3, 2011</u>

/s/W. Ryan Hovis_____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 09-09094-dd<br>District of South Carolina<br>Columbia<br>Thu Jun  2 11:05:21 EDT 2011 | Aurora Loan Services, LLC, isaoa<br>2617 College Park<br>Scottsbluff, NE 69361-2294 | BAC Home Loans Servicing, LP<br>c/o Polk, Prober & Raphael<br>20750 Ventura Blvd. #100<br>Woodland Hills, Ca 91364-6207 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Carolina First Bank<br>c/o Rogers Townsend & Thomas, PC<br>Post Office Box 100200<br>Columbia, SC 29202-3200 | LEXINGTON COUNTY TREASURER<br>212 S LAKE DR<br>LEXINGTON, SC 29072-3499 |
| One West Bank, FSB<br>1587 Northeast Expressway<br>Atlanta, GA 30329-2401 | Real Time Resolution, Inc.<br>1750 Regal Row, Ste 120<br>PO Box 36655<br>Dallas, TX 75235-1655 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| South Carolina Bank and Trust, N.A.<br>c/o Grimsley Law Firm, LLC<br>PO Box 11682<br>Columbia, SC 29211-1682 | US Bankruptcy Court<br>Attn: Systems<br>1100 Laurel Street<br>Columbia, SC 29201-2423 | (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 |
| J. Bratton Davis United States<br>Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201-2423 | (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | ALLIED INTERSTATE INC<br>PO BOX 361774<br>COLUMBUS OH 43236-1774 |
| AMCOL SYSTEMS INC<br>AKA LEXINGTON MEDICAL CENTER<br>PO BOX 21625<br>COLUMBIA SC 29221-1625 | AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS TX 75265-0448 | ATLANTA LAW GROUP PC<br>AKA AT&T<br>PO BOX 468569<br>ATLANTA GA 31146-8569 |
| Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Aurora Loan Service<br>PO Box 1706<br>Scottsbluff NE 69363-1706 |
| BAC Home Loans Servicing, LP<br>1757 Tapo Canyon Road<br>Simi Valley, CA 93063-3390<br>Mail Code CA6-913-01-01 | BANK LOAN<br>ADVANTA BUSINESS CARDS<br>PO BOX 8088<br>PHILADELPHIA PA 19101-8088 | BANK LOAN<br>AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS TX 75265-0448 |
| BANK LOAN<br>BANK OF AMERICA<br>BUSINESS CARD<br>PO BOX 15710<br>WILMINGTON DE 19886-5710 | BANK LOAN<br>BANK OF AMERICA<br>PO BOX 15102<br>WILMINGTON DE 19886-5102 | BANK LOAN<br>BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON DE 19886-5726 |
| BANK LOAN<br>BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON NC 19886-5726 | BANK LOAN<br>BB&T<br>PO BOX 200<br>WILSON NC 27894-0200 | BANK LOAN<br>BB&T FINANCIAL FSB<br>PO BOX 580-435<br>CHARLOTTE NC 28258-0435 |

```
BANK LOAN                        BANK LOAN                         BANK LOAN
CAPITAL ONE BANK                 CHASE                             FIRST EQUITY CARD CORP
PO BOX 71083                     CARDMEMBER SERVICE                PO BOX 23029
CHARLOTTE NC 28272-1083          PO BOX 15153                      COLUMBUS GA 31902-3029
                                 WILMINGTON DE 19886-5153


BANK LOAN                        BANK LOAN                         BANK OF AMERICA
STATE CREDIT UNION               WELLS FARGO                       BUSINESS CARD
PO BOX 726                       PAYMENT REMITTANCE CENTER         PO BOX 15710
COLUMBIA SC 29202-0726           PO BOX 6426                       WILMINGTON DE 19886-5710
                                 CARP STREA O 60197-6426


BANK OF AMERICA                  BANK OF AMERICA                   BANK OF AMERICA
PO BOX 15102                     PO BOX 15726                      PO BOX 15726
WILMINGTON DE 19886-5102         WILMINGTON DE 19886-5726          WILMINGTON NC 19886-5726


BB&T                             BB&T                              BB&T
PO BOX 580048                    PO BOX 580050                     PO BOX580048
CHARLOTTE NC 28258-0048          CHARLOTTE NC 28258-0050           CHARLOTTE NC 28258-0048


BB&T FINANCIAL FSB               BP                                Bank of America
PO BOX 580-435                   PO BOX 70887                      PO Box 5170
CHARLOTTE NC 28258-0435          CHARLOTTE NC 28272-0887           Simi Valley CA 93062-5170


Bank of America Servicing, LP    CAPITAL MANAGEMENT SERVICES LP    CAPITAL ONE BANK
c/o BAC Home Loans Servicing, LP 726 EXCHANGE STREET STE 700       PO BOX 71083
1757 Tapo Canyon Road            BUFFALO NY 14210-1464             CHARLOTTE NC 28272-1083
Mail Stop:CA6-913-LB-11
Simi Valley, CA 93063-3390


CAPITAL ONE BANK USA, N.A.       CAROLINA FIRST                    CHASE
BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 100201                   CARDMEMBER SERVICE
PO Box 71083                     COLUMBIA SC 29202-3201            PO BOX 15153
Charlotte, NC  28272-1083                                          WILMINGTON DE 19886-5153


CREDITORS FINANCIAL GROUP LLC    CREDITORS FINANCIAL GROUP LLC     Chase Bank USA, N.A.
3131 SOUTH VAUGHN WAY STE 110    PO BOX 440290                     PO Box 15145
AURORA CO 80014-3501             AURORA CO 80044-1500              Wilmington, DE 19850-5145


FIRST EQUITY CARD CORP           FIRST PALMETTO                    FIRSTSOURCE ADVANTAGE LLC
PO BOX 23029                     PO BOX 430                        PO BOX 628
COLUMBUS GA 31902-3029           CAMDEN SC 29021-0430              BUFFALO NY 14240-0628


FREDERICK J HANNA & ASSOCIATES PC First Equity Card                INDYMAC
1427 ROSWELL ROAD                c/o Creditors Bankruptcy Service  PO BOX 2971
MARIETTA GA 30062-3668           P.O.Box 740933                    PHOENIX AZ 85062-2971
                                 Dallas, TX 75374-0933
```

```
IndyMac                              IndyMac                               IndyMac Mortgage
6900 Beatrice Dr                     6900 Beatrice Drive                   PO Box 4045
Kalamazzo MI 49009-9559              Kalamazzoo MI 49009-9559              Kalamazzoo MI  49003-4045


Kenneth Matthews                     LAMONT HANLEY & ASSOCIATES INC        LEXINGTON COUNTY TREASURER
Attorney At Law                      THE HARTFORD                          212 SOUTH LAKE DRIVE
1331 Luarel Street                   PO BOX 179                            LEXINGTON, SC 29072-3499
Columbia SC 29201-2513               MANCHESTER NH 03105-0179


LOWES                                MAGIC TOUCH ENTERPRISES               NATIONWIDE CREDIT INC
PO BOX 530970                        836 SOX STREET                        PO BOX 740640
ATLANTA GA 30353-0970                WEST COLUMBIA SC 29169-5028           ATLANTA GA 30374-0640


NORTHSTAR LOCATION SERVICES LLC      NORTHSTAR LOCATION SERVICES LLC       OSWALD LUMBER INC
ATTENTION FINANCIAL SERVICES DEPTMENT ATTENTION: FINANCIAL SERVICES DEPTMENT PO BOX 3129
4285 GENESEE ST                      4285 GENESEE ST                       BATESBURG LWWSVILLE SC 29070-1129
CHEEKTOWAGA NY 14225-1943            CHEEKTOWGA NY 14225-1943


OSWALD WHOLESALE LUMBER INC          Office of the U. S. Trustee           One West Bank, FSB
ROBERT M COOK II ESQ                 1835 Assembly Street, Suite 953       888 East Walnut Street
PO BOX 2559                          Columbia, SC 29201-2448               Pasadena, CA 91101-1802
BATESBURG-LEESVILLE SC 29070-0559


OneWest Bank, FSB                    PASCON LLC                            PENTAGROUP FINANCIAL LLC
Attn:  Cashiering Dept.              2111 TWO NOTCH ROAD                   PO BOX 742209
6900 Beatrice Drive                  LEXINGTON SC 29072-8993               HOUSTON TX 77274-2209
Kalamazoo, MI 49009-9559


PRIMARY FINANCIAL SERVICES           PRIMARY FINANCIAL SERVICES            PROFESSIONAL BUREAU COLLECTIONS OF MARYLAND
3115 NORTH 3RD AVE STE 112           3115 NORTH 3RD AVENUE STE 112         PO BOX 4157
PHOENIX ARIZONA 85013-4359           PHOENIX AZ 85013-4359                 GREENWOOD VILLAGE CO 80155-4157


(p)REAL TIME RESOLUTIONS INC         S.C. State Federal Credit Union       SCB&T
PO BOX 36655                         Attn:  Sandra Hutto                   PO BOX 100115
DALLAS TX 75235-1655                 P. O. Box 726                         COLUMBIA SC 29202-3115
                                     Columbia, SC 29202-0726


SCB&T                                SHELL FLEET                           SMITH DEBNAM
PO Box 2486                          PO BOX 183019                         ATTORNEYS AT LAW
Orangeburg SC 29116-2486             COLUMBUS OH 43218-3019                PO BOX 26268
                                                                           RALEIGH NC 27611-6268


STATE CREDIT UNION                   STATE CREDIT UNION                    THREE FOUNTAINS ACE HARDWARE
LINE OF CREDIT                       VISA                                  2930 EMANUEL CHURCH ROAD
PO BOX 726                           PO BOX 96099                          WEST COLUMBIA SC 29170-3010
COLUMBIA SC 29202-0726               CHARLOTTE NC 28296-0099
```

TRADE DEBT
BP
PO BOX 70887
CHARLOTTE NC 28272-0887

TRADE DEBT
LOWES
PO BOX 530970
ATLANTA GA 30353-0970

TRADE DEBT
SHELL FLEET
PO BOX 183019
COLUMBUS OH 43218-3019

WACHOVIA
PO BOX 50010
ROANOKE VA 24040-5010

WELLS FARGO
PAYMENT REMITTANCE CENTER
PO BOX 6426
CARP STREA O 60197-6426

Wachovia Bank, N. A.
P.O. Box 13765-R4057-01P
Roanoke, Va. 24037-3765

Wells Fargo Bank, N.A.
BDD Bankruptcy Dept, MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003-1805

Albert J. Sanders Jr.
131 E Chateau Drive
West Columbia, SC 29170-4203

Reid B. Smith
Price Bird Smith & Boulware PA
1712 St Julian Place, Suite 102
Columbia, SC 29204-2447

Reid B. Smith
Price, Bird, Smith and Boulware, PA
1712 Saint Julian Place, Suite 102
Columbia, SC 29204-2447

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

W. Ryan Hovis
P.O. Box 10269
Rock Hill, SC 29731-0269

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Branch Banking and Trust Company
Post Office Box 1847
Wilson, NC 27894

Wachovia Bank, N.A., isaoa
PO Box 13765, VA 7359
Roanoke, VA 24037-3765

ADVANTA BUSINESS CARDS
PO BOX 8088
PHILADELPHIA PA 19101

(d)BB&T
CONSTANT CREDIT
PO BOX 200
WILSON NC 27894-0200

(d)BB&T
PO Box 2306
Wilson NC  27894

(d)BB&T Bankruptcy
P.O. Box 1847
Wilson, NC 27894

(d)BB&T Bankruptcy
PO Box 1847
Wilson, NC  27894-1847

Real Time Resolutions, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas Texas 75235

(d)WACHOVIA
PO BOX 530554
ATLANTA GA 30353

(d)WACHOVIA
PO BOX 96074
CHARLOTTE NC 28296

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAC Home Loans Servicing, L.P. f/k/a Count | (u)The Bank of New York Mellon f/k/a the Bank | (u)Wells Fargo Bank, N.A. as successor in int |
| (u)Wells Fargo Bank, NA | (u)AT&T | (d)Aurora Loan Services, LLC, isaoa<br>2617 College Park<br>Scottsbluff NE 69361-2294 |
| (u)BANK LOAN<br>BANK OF AMERICA<br>BUSINESS CARD<br>PO BOX 15710 | (u)BANK OF AMERICA<br>BUSINESS CARD<br>PO BOX 15710 | (d)FIRST PALMETTO<br>PO BOX 430<br>CAMDEN SC 29021-0430 |
| (u)LEXINGTON MEDICAL CENTER | (d)Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (d)SMITH DEBNAM ATTORNEYS AT LAW<br>PO BOX 26268<br>RALEIGH NC 27611-6268 |
| (d)Reid B. Smith<br>Price Bird Smith & Boulware PA<br>1712 St Julian Place, Suite 102<br>Columbia, SC 29204-2447 | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients    13<br>Total                 114 | |

**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **09-09094-dd**

<u>ORDER AUTHORIZING SALE OF ASSET FREE AND CLEAR OF LIENS</u>

The relief set forth on the following pages, for a total of _2___ pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| In Re: | Case No. **09-09094-dd** |
| **Albert J. Sanders, Jr.** | Chapter 7 |
| Debtor | |

ORDER AUTHORIZING SALE OF ASSET FREE AND CLEAR OF LIENS

This matter comes before the court on the Notice of Sale of the Trustee, W. Ryan Hovis, for authority to sell the estate's interest in the following assets at private sale:

.84 acres, more or less, at intersection of Broad Street and Main Steet, Gilbert, South Carolina (Parcels A and B on Survey of Town of Gilbert, prepared by Ralph O. Vanadore, dated December 16, 2010.)

The Trustee has informed the court that all parties in interest have been notified of his intention to sell said property, and that no objection has been received by him or filed by any party to the proposed sale. The Trustee has represented to the court that such sale is in the best interest of creditors of the estate. The Trustee also has informed the court that there are no known liens on said property, but that property is being sold subject to any such liens. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and covey the estate's interest in the above described assets, free and clear of liens, at private sale to the Town of Gilbert, South Carolina for the purchase price of $18,750.00.